UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK SHAKESPEARE FESTIVAL,<br><br>                          Plaintiff,<br><br>v.<br><br>IS COMPANY LLC d/b/a IAN SCHRAGER COMPANY and IAN SCHRAGER,<br><br>                          Defendants. | Case No. 1-19-cv-01632 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff NEW YORK SHAKESPEARE FESTIVAL and Defendants IS COMPANY LLC d/b/a IAN SCHRAGER COMPANY and IAN SCHRAGER, by themselves or their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' confidential settlement agreement, hereby stipulate to the dismissal with prejudice of the above-styled action, with each party to bear its own attorneys' fees and costs.

Dated: June 25, 2021

| DAVIS WRIGHT TREMAINE LLP | MCDERMOTT WILL & EMERY LLP |
|---|---|
| /s/ Emily Borich | /s/ |
| G. Roxanne Elings<br>Emily Borich<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020<br>(212) 603-6416 | Andrew B. Kratenstein<br>Robert W. Zelnick<br>Monica S. Asher<br>340 Madison Avenue<br>New York, New York, 10173-1922<br>(212) 547-5400 |
| *Counsel for Plaintiff New York Shakespeare Festival* | *Counsel for Defendants IS Company d/b/a Ian Schrager Company and Ian Schrager* |